1  David H. Boren, Esq. SBN 186316
2      *dboren@rlfllp.com*
   RITHOLZ LEVY FIELDS LLP
3  10940 Wilshire Boulevard, Suite 1600
4  Los Angeles, CA  90024
   Bus:  (310) 443-4176
5  Fax:  (310) 443-4220
6
7  Attorneys for Defendant
   BRAIN BUSTER ENTERPRISES, LLC
8
9              **UNITED STATES DISTRICT COURT**
10             **CENTRAL DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| JAN DAVIDSON, a citizen of California, and LAUGH LINES, a California Corporation, | Case No.: 18-CV-05194 SJO (JCx) |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| vs. | |
| BRAIN BUSTER ENTERPRISES, LLC, a Florida limited liability company, ERIC HWANG, a citizen of Washington, and DOES 1-10, inclusive, | Complaint Served:  June 18, 2018<br>Current Response Date:  July 9, 2018<br>New Response Date:  July 30, 2018 |
| Defendants. | |

**WHEREAS**, Plaintiffs Jan Davidson and Laugh Lines (collectively, "Plaintiffs") served their complaint on Defendant Brain Buster Enterprises, LLC ("Defendant") on June 18, 2018;

**WHEREAS**, the current response date for Defendant to respond to Plaintiffs' Complaint is on July 9, 2018;

**WHEREAS**, Plaintiffs and Defendant have agreed that Defendant may have an extension of time to respond to the Complaint and that Defendant shall file and serve its response to Plaintiffs' Complaint on or before July 30, 2018.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Defendant that Defendant shall file and serve its response to Plaintiffs' Complaint no later than July 30, 2018.

**IT IS SO STIPULATED.**

Dated: July 5, 2018                    RITHOLZ LEVY FIELDS LLP

By: _____/s/ David H. Boren_____
David H. Boren, Esq.
Attorneys for Defendant
BRAIN BUSTER ENTERPRISES, LLC

Dated: July 5, 2018                    FRISENDA, QUINTON & NICHOLSON

By: _____/s/ Frank Frisenda_____
Frank Frisenda, Esq.
Attorneys for Plaintiffs
JAN DAVIDSON and LAUGH LINES

0099262

# **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that I am a partner of RITHOLZ LEVY FIELDS LLP and that on the date shown below, I caused service of a true and correct copy of the attached: "**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**" to be completed by:

_____      personally delivering

_____      delivery via Nationwide Legal Services

_____      sending via Federal Express or other overnight delivery service

_____      delivery via facsimile machine to fax no. _____

  X        delivery via electronic delivery only to:

| |
|---|
| Frank Frisenda, Esq.<br>Frisenda, Quinton & Nicholson<br>11601 Wilshire Boulevard, Suite 500<br>Los Angeles, California  90025<br>Attorneys for Plaintiffs Jan Davidson and Laugh Lines |

Executed on July 5, 2018, at Los Angeles, California.

  X        (Federal)  I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct.

                               /s/ David H. Boren