FRANK FRISENDA (S.B. #85580)
FRISENDA, QUINTON & NICHOLSON
11601 Wilshire Blvd., Suite 500
Los Angeles, CA 90025
Telephone:(702)792-3910
Facsimile:(702)436-4176
E-Mail: frankfrisenda@aol.com
Attorneys for Plaintiffs Jan Davidson et al

JS-6

FILED
CLERK, U.S. DISTRICT COURT
September 6, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **JAN DAVIDSON, a citizen of California, LAUGH LINES, a California Corporation,**<br><br>**Plaintiff,**<br>vs.<br><br>**BRAIN BUSTER ENETRPRISES, LLC a Florida Limited Liability Company, ERIC HWANG, a citizen of Washington and DOES 1 thru 10 inclusive,**<br><br>**Defendants.** | Case No. 2:18-CV-05194-SJO-JCx<br><br>FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION |

Plaintiffs Jan Davidson and Laugh Lines and Defendant Eric Hwang ("Defendant Hwang") hereby stipulate and jointly move for entry of final judgment as follows:

WHEREAS, Plaintiffs and Defendant Hwang entered into a Settlement Agreement ("Settlement Agreement") that disposed of all the remaining claims in this Action; and

WHEREAS, pursuant to the Settlement Agreement, Plaintiffs and Defendant Hwang have agreed to the entry of a Final Consent Judgment and Permanent Injunction that will provide as follows:

1. That this Court has subject matter jurisdiction over this action as well as personal jurisdiction over Plaintiffs and Defendant Hwang.

2. That venue is proper in this Judicial District.

3. That Plaintiff Jan Davidson is the owner of U.S. Copyright Registration No. VA 1-945-025, Dated January 12, 2015 entitled. "WINO EYE CHART"

4. That the Copyright-in-suit is valid and duly issued by the US Copyright.

5. That Defendant Hwang has infringed Plaintiff Davidsons Copyright by the use, manufacture, sale, offer for sale, and/or importation into the U.S. versions of Plaintiffs "WINO EYE CHART" (hereinafter "Accused Product"), as depicted in Exhibit 4 to the Complaint for Copyright Infringement.

6. Pursuant to the Copyright Act, 17 U.S.C. § 501, Defendant Hwang together with his officers, members, directors, agents, servants, employee and affiliates thereof, representative and attorneys, and all persons acting or attempting to act in concert or participation with them, are permanently enjoined and restrained from making, using, offering to sell, selling, or distributing within the United States, its territories and possession, or by importing into the United States, its territories and possession, the Accused Products, or any other goods that are no more than colorable variations thereof and that infringe the Copyrights-in-suit or trademark-in-suit, during the life of the Copyrights-in-suit.

7. The Final Judgment shall be entered in favor of Plaintiffs against Defendant Hwang on Plaintiffs causes of action for infringement of the Copyrights-

in-suit.

8. That the claims asserted in this litigation, be dismissed with prejudice.

9. That no other or further relief be granted to Plaintiffs or Defendant Hwang with respect to each other.

10. That Plaintiffs and Defendant Hwang affirmatively waive any and all rights to appeal this Final Consent Judgment and Permanent Injunction.

11. That each party will bear its own costs and attorneys' fees for this action.

12. That this Court retain jurisdiction to monitor and enforce compliance with this Permanent Injunction.

IT IS SO STIPULATED AND AGREED.

| FRISENDA, QUINTON & NICHOLSON | DEFENDANT ERIC HWANG |
|---|---|
| By_____<br>Frank Frisenda | By_____<br>Eric Hwang    Attorneys for Plaintiff |

IT IS SO ORDERED AND DECREED, AND FINAL JUDGMENT IS HEREBY

DATED:        9/6/18

*S. James Otero* (signature)
_____
Hon.